UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VICTOR RODRIGUEZ, an individual; <br> JASON STANFEL, an individual; <br> KIMBERLY BARRETT, an individual; <br> CONNIE PIERRE, an individual; <br> JOYANN STONE, an individual; <br> ADAM JONES, an individual; <br> AMBER MCCLEAN, an individual; and <br> CARMEN IFIERRO, an individual; <br><br> Defendants. | CASE NO. C16-1090RSM <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The above-captioned case was filed on July 15, 2016. The remaining Defendants were all ordered in default on February 15, 2017. No activity has taken place since that date.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than July 3, 2018. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, July 6, 2018.

Dated this 19 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1